AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| 1021018 Alberta Ltd., an Alberta corporation, d/b/a Just Think Media, | ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 8:10 CV 568 -T 27 |
| NETPAYING, INC., a Florida corporation; [SEE ATTACHED SHEET] | ) ) | AEP |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NETPAYING, INC.
c/o TANEJA, JUGAL K
7270 SAWGRASS POINT DRIVE
PINELLAS PARK FL 33782 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   MAR - 5 2010

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

10 MAR -5 AM 10:48

RECEIVED

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| 1021018 Alberta Ltd., an Alberta corporation, d/b/a Just Think Media, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 8:10 CV 568 - T 27 |
| NETPAYING, INC., a Florida corporation; [SEE ATTACHED SHEET] | )             AEP |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INNOVATIVE HEALTH PRODUCTS, INC.
c/o SEKHARAM, KOTHA S
6950 BRYAN DAIRY RD.
LARGO FL 33777 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

MAR - 5 2010

Date: _____

*Signature of Clerk or Deputy Clerk*

TAMPA, FLORIDA
MIDDLE DISTRICT OF FLORIDA
CLERK'S DISTRICT COURT

10 MAR -5 AM 10:48

RECEIVED

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

<table>
<tr><td>1021018 Alberta Ltd., an Alberta corporation, d/b/a<br>Just Think Media,<br><br>────────────<i>Plaintiff</i>────────────<br><br>v.<br><br>NETPAYING, INC., a Florida corporation;<br>[SEE ATTACHED SHEET]<br><br>────────────<i>Defendant</i>────────────</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 8:10 CV 568 - T 27<br>AEP</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JUGAL TANEJA
7270 SAWGRASS POINT DRIVE
PINELLAS PARK FL 33782 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAR - 5 2010

*Signature of Clerk or Deputy Clerk*

TAMPA, FLORIDA
MIDDLE DISTRICT OF FLORIDA
CLERK, U.S. DISTRICT COURT

10 MAR -5 AM 10:48

RECEIVED

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| 1021018 Alberta Ltd., an Alberta corporation, d/b/a Just Think Media, | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 8:10 CV 568 - T 27 |
| NETPAYING, INC., a Florida corporation; [SEE ATTACHED SHEET] | ) ) AEP |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MIHIR TANEJA
6950 BRYAN DAIRY RD.
LARGO FL 33777

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAR - 5 2010

_____
*Signature of Clerk or Deputy Clerk*

TAMPA, FLORIDA
MIDDLE DISTRICT OF FLORIDA
CLERK, U.S. DISTRICT COURT

10 MAR -5 AM 10:48

RECEIVED